IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LORI CHAMBERS                                                                                           PLAINTIFF

vs.                                              CASE No. 12-cv-4138

CAROLYN W. COLVIN                                                                                    DEFENDANT
Commissioner, Social Security Administration

## ORDER

Before the Court is the Report and Recommendation filed February 8, 2013 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 7). Judge Bryant recommends that Defendant's Unopposed Motion to Remand Pursuant to Sentence Six of § 405(g) of the Social Security Act (ECF No. 5) be granted. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. See 28 U.S.C. § 636(b)(1). After reviewing the record *de novo*, the Court finds that Judge Bryant's Report and Recommendation should be adopted in its entirety. Accordingly, the Court hereby adopts Judge Bryant's Report and Recommendation, and Defendant's Unopposed Motion to Remand (ECF No. 5) is **GRANTED.**

**IT IS SO ORDERED**, this 4th day of March, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge